UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. DONALD L. KIVEL, 12-1064 (AMD)

# PETITION FOR
# WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum                    (  ) Ad Testificandum

1. Donald L. Kivel (hereinafter the "Detainee") is now confined at the Burlington County Jail, Burlington, New Jersey.

2. The Detainee is

charged in this District by: ( ) Indictment    ( ) Information    (X ) Complaint
with a violation of 18 U.S.C. § 2252 (a)(2)(A)

3. The Detainee will

return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey, Courtroom 3B before the Hon. Ann Marie Donio, U.S. Magistrate Judge, on January 3, 2013, at 1:30 pm for an Initial Appearance, in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED: December 20, 2012

_____
PATRICK C. ASKIN
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: December 20, 2012

_____
Hon. Ann Marie Donio, U.S.M.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Burlington County Jail:

WE COMMAND YOU that you have the body of

DONALD L. KIVEL,

now confined at the Burlington County Jail, brought before the United States Magistrate Court, the Hon. Ann Marie Donio, U.S. Magistrate Judge, in the Mitchell H. Cohen Building & U.S. Courthouse, 4th and Cooper Streets, Camden, New Jersey, Courtroom 3B before the Hon. Ann Marie Donio, U.S. Magistrate Judge, on January 3, 2013, at 1:30 pm for an Initial Appearance, in the above-captioned case.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Ann Marie Donio
United States Magistrate Judge
Camden, New Jersey.

DATED: December 20, 2012

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk