PCA/

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 14- 182 |
| v. | |
| DONALD KIVEL | 18 U.S.C. §§ 2252A(a)(2)(A) and 2 |

### INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From on or about June 1, 2011 to on or about July 15, 2011, in Burlington County, in the District of New Jersey, and elsewhere, the defendant,

**DONALD KIVEL**,

did knowingly receive three or more graphic images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A), and Title 18, United States Code, Section 2.

*Paul J. Fishman*
PAUL J. FISHMAN
United States Attorney